UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY M. PIERCE NORTH and JAMES E. NORTH , <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MIRRA and TACOMA HOUSING AUTHORITY, <br><br> Defendants. | CASE NO. C13-6090 BHS <br><br> ORDER |

    This matter comes before the Court on Plaintiffs James E. North and Emily M. Price North's ("Norths") amended proposed complaint. Dkt. 3.  Having reviewed the amended proposed complaint, the Court is unclear as to whether or not the Norths are still asking to proceed in forma pauperis (*see* Dkts. 1 and 1-1 (prior applications), as they have not paid the filing fee but did not submit another application to proceed in forma pauperis.  *See* Dkt. 3.  Nor do they move the Court for such status in their amended proposed complaint, although they state they do not have the financial means to pay for legal representation and ask the Court to appoint counsel.  *See id*. at 9.

ORDER - 1

1  The Norths must submit an additional, updated application to proceed in forma
2 pauperis or pay the filing fee by April 30, 2014. Otherwise, the Court will dismiss the
3 case without prejudice and without further notice to the Norths.
4  **IT IS SO ORDERED.**
5  Dated this 16th day of April, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2